# THE MCBRIDE LAW FIRM, PLLC

### JOSEPH D. MCBRIDE, ESQ.

*Attorney and Counselor at Law*
99 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10016

December 14, 2022

<u>Via ECF</u>
The Honorable Joan M. Azrack
United States District Court, EDNY
100 Federal Plaza
Central Islip, New York 11722

*Re: United States v. Patrick O'Brien*, 19-CR-98 (JMA)

Your Honor:

Defendant, Patrick O'Brien, through his attorney, Joseph D. McBride, Esq., respectfully requests that this Honorable Court extend the due date for the sentencing memo from December 15, 2022, to February 28, 2023. Defendant apologizes to this Honorable Court for his last-minute request and proffers the following facts as good cause for his extension request.

Steven Metcalf and Joseph McBride are the attorneys of record in this case. Attorney Metcalf has been actively managing Mr. O'Brien's case for the past twelve months because Attorney McBride has been engaged in District of Columbia cases related to the riots which took place at the United States Capitol on January 6, 2021. Attorney Metcalf also represents defendants accused of January 6th-related crimes. Metcalf was recently sent out to trial in the matter of USA v. Pezzola, Case# 1:21-cr-00175-TJK-6. Jury selection, on that matter, begins December 19, 2022, and concludes on December 23, 2022. The trial starts on January 3, 2023, and is scheduled to last seven weeks.

1

**THE MCBRIDE LAW FIRM, PLLC**
99 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10016
P: 917-757-9537
E: JMCBRIDE@MCBRIDELAWNYC.COM

Undersigned Counsel emailed AUSA Misorek regarding this request.  Mr. Misorek did not object to Undersigned Counsel's extension request.  Undersigned Counsel, unfortunately, did not have time to contact Pretrial Services regarding his request but notes that Attorney Metcalf recently received Mr. O'Brien's PSR and will not be able to formulate all the objections until after the above-mentioned District of Columbia trial has concluded.

Thus, having demonstrated good cause and obtained consent from the Government. Defendant O'Brien respectfully asks this Court to extend the due dates for his response until February 29, 2023, and to extend the corresponding sentencing date as well.


Dated: Washington, DC
          December 14, 2022

                                                    Respectfully submitted,

                                                    /s/ Joseph D. McBride, Esq.                2

                                                    Bar ID:  NY0403
                                                    THE MCBRIDE LAW FIRM, PLLC
                                                    99 Park Avenue, 6th Floor
                                                    New York, NY 10016
                                                    p: (917) 757-9537
                                                    e: jmcbride@mcbridelawnyc.com


cc:   AUSA Mark Misorek (*via email*)
        Pretrial Officer Mallori Brady (*via email*)